**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* Chapter **7**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Stan-Far, Inc.** | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **35-1655419** | |
| **4.** | **Debtor's address** | **Principal place of business**<br>**826 W. Heap Street**<br>**Farmersburg, IN 47850**<br>Number, Street, City, State & ZIP Code<br>**Sullivan**<br>County | **Mailing address, if different from principal place of business**<br>**P O Box 256**<br>**Farmersburg, IN 47850**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Stan-Far, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor **Stan-Far, Inc.**
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 9, 2017**
MM / DD / YYYY

*X* **/s/ Don Stanifer, Jr.**
Signature of authorized representative of debtor

**Don Stanifer, Jr.**
Printed name

Title

**18. Signature of attorney**

*X* **/s/ Timothy R. Hayes**
Signature of attorney for debtor

Date **May 9, 2017**
MM / DD / YYYY

**Timothy R. Hayes**
Printed name

**Timothy R. Hayes Attorney at Law**
Firm name

**118 North 3rd Street**
**Terre Haute, IN 47807**
Number, Street, City, State & ZIP Code

Contact phone **(812) 234-7500** Email address **tim@timhayeslaw.com**

**13997-84**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Stan-Far, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 9, 2017**

*X* **/s/ Don Stanifer, Jr.**
Signature of individual signing on behalf of debtor

**Don Stanifer, Jr.**
Printed name

____________
Position or relationship to debtor



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Stan-Far, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*.... | $ | **350,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*.... | $ | **500.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*.... | $ | **350,500.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.... | $ | **1,158,877.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*.... | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.... | +$ | **199,534.00** |
| 4. **Total liabilities** .... Lines 2 + 3a + 3b | $ | **1,358,411.00** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Stan-Far, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number *(If known)*
Name

☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Various items of office furniture located at Jasonville location.** | **$0.00** | | **$500.00** |
| | **Office furniture located at Farmersburg location.** | **$0.00** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | **$500.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **Restaurant equipment located at Jasonville location.** | **$0.00** | | **Unknown** |
| **Restuarant equipment located at Farmersburg location.** | **$0.00** | | **Unknown** |

51. **Total of Part 8.** **$0.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Building and real estate located at 826 W. Heap Street, Farmersburg, Indiana 47850.** | **Fee simple** | **Unknown** | | **$100,000.00** |
| 55.2. **Building and real estate located at 816 W. Main Street, Jasonville, IN 47438.** | **Fee simple** | **$0.00** | | **$250,000.00** |

56. **Total of Part 9.** **$350,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number *(If known)*
Name

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No. Go to Part 12.
- ☐ Yes Fill in the information below.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*..........................................................................................> | | $350,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $500.00 | + 91b. $350,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $350,500.00 |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Stan-Far, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Direct Capital, Inc.**
Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Unknown**

**Last 4 digits of account number**
**6659,nd02**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Farmers Bank & Trust**
**2. Direct Capital, Inc.**

**Describe debtor's property that is subject to a lien**
**Restuarant equipment located at Farmersburg location.**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$32,000.00** Column B: **Unknown**

---

**2.2 First Farmers Bank & Trust**
Creditor's Name
**123 N. Jefferson**
**P O Box 690**
**Converse, IN 46919-0690**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**November 16, 2012**

**Last 4 digits of account number**
**9548**

**Describe debtor's property that is subject to a lien**
**Building and real estate located at 826 W. Heap Street, Farmersburg, Indiana 47850.**

**Describe the lien**
**First mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$227,000.00** Column B: **$100,000.00**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if know)
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **First Farmers Bank & Trust**
Creditor's Name
**123 N. Jefferson**
**P O Box 690**
**Converse, IN 46919-0690**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**November 16, 2012**
**Last 4 digits of account number**
**9261**

**Describe debtor's property that is subject to a lien**
**Office furniture located at Farmersburg location.**

**$227,000.00** **Unknown**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **First Farmers Bank & Trust**
Creditor's Name
**123 N. Jefferson**
**P O Box 690**
**Converse, IN 46919-0690**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**November 16, 2012**
**Last 4 digits of account number**
**9261**

**Describe debtor's property that is subject to a lien**
**Restuarant equipment located at Farmersburg location.**

**$277,000.00** **Unknown**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **First Vincennes Savings Bank/FRSB**
Creditor's Name
**P O Box 236**
**Vincennes, IN 47591**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Various items of office furniture located at Jasonville location.**

**$127,000.00** **$500.00**

**Describe the lien**
**Non-Purchase Money Security**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if know)
Name

Creditor's email address, if known

**Date debt was incurred**
**Unknown**
**Last 4 digits of account number**
**6967**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **First Vincennes Savings Bank/FRSB**
Creditor's Name

**P O Box 236**
**Vincennes, IN 47591**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Unknown**
**Last 4 digits of account number**
**6967**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Building and real estate located at 816 W. Main Street, Jasonville, IN 47438.**

**$127,000.00** **$250,000.00**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **First Vincennes Savings Bank/FRSB**
Creditor's Name

**P O Box 236**
**Vincennes, IN 47591**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Unknown**
**Last 4 digits of account number**
**6967**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Restaurant equipment located at Jasonville location.**

**$127,000.00** **Unknown**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** **Indiana Department of Revenue**
Creditor's Name

**100 N. Senate Avenue, #111**
**Indianapolis, IN 46204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/14/2017**
**Last 4 digits of account number**
**8973**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** **$1,385.00** **$0.00**

**Describe the lien**
**Tax warrant for withholding taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** **Indiana Department of Revenue**
Creditor's Name

**100 N. Senate Avenue, #111**
**Indianapolis, IN 46204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/14/2017**
**Last 4 digits of account number**
**8976**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** **$3,968.00** **$0.00**

**Describe the lien**
**Tax warrant for sales tax**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** **Indiana Department of Revenue**
Creditor's Name

**100 N. Senate Avenue, #111**
**Indianapolis, IN 46204**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** **$4,160.00** **$0.00**

**Describe the lien**
**Tax warrant for sales tax**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if know)
Name

Creditor's email address, if known

**Date debt was incurred**
**2/14/2017**
**Last 4 digits of account number**
**8979**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Indiana Department of Revenue**
Creditor's Name

**100 N. Senate Avenue, #111**
**Indianapolis, IN 46204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/14/2017**
**Last 4 digits of account number**
**8981**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** **$4,808.00** **$0.00**

**Describe the lien**
**Tax warrant for sales tax**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 **Indiana Department of Revenue**
Creditor's Name

**100 N. Senate Avenue, #111**
**Indianapolis, IN 46204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/14/2017**
**Last 4 digits of account number**
**8982**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien** **$556.00** **$0.00**

**Describe the lien**
**Tax warrant for sales tax**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if know)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00**

Creditor's Name
**Central Insolvency Operation**
**P O Box 7346**
**Philadelphia, PA 19101-7346**
Creditor's mailing address

**Describe the lien**
**Fiduciary and income taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Various**

**Last 4 digits of account number**
**5419**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **LSI Graphics Solutions Plus** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown**

Creditor's Name
**9260 Pleasantwood Avenue Northwest**
**North Canton, OH 44720**
Creditor's mailing address

**Describe the lien**
**Possible security interest in sign**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,158,877.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if know)
Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Stan-Far, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) ________________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**100 N. Senate Avenue, #111**<br>**Indianapolis, IN 46204**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Date or dates debt was incurred: **Various**<br>Basis for the claim: **Unpaid income, withholding and sales taxes**<br><br>Last 4 digits of account number **5419**<br>Is the claim subject to offset? ■ No ☐ Yes<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **Unknown** | **$0.00** |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Central Insolvency Operation**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Date or dates debt was incurred: **Various**<br>Basis for the claim: **Unpaid income and withholding taxes**<br><br>Last 4 digits of account number **5419**<br>Is the claim subject to offset? ■ No ☐ Yes<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **Unknown** | **$0.00** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com 33842 Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if known)
Name

**3.1** **Nonpriority creditor's name and mailing address**
**ADT Security Services**
**3190 S. Vaughn Way**
**Aurora, CO 80014**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 1052

**As of the petition filing date, the claim is:** *Check all that apply.* **$90.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**American Dairy Queen Corporation**
**7505 Metro Boulevard**
**Minneapolis, MN 55439**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** Unknown

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Contractual obligations of franchise agreement
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**Brown, Woodsmall & Hinkel, P.C.**
**117 W. Washington Street**
**Sullivan, IN 47882**
**Date(s) debt was incurred** Various
**Last 4 digits of account number** Unknown

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounting services
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Can Capital**
**2015 Vaughn Road, Suite 500**
**Kennesaw, GA 30144**
**Date(s) debt was incurred** October 28, 2016
**Last 4 digits of account number** 8757

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business loan
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**Can Capital**
**2015 Vaughn Road, Suite 500**
**Kennesaw, GA 30144**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 0467

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business loan
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Can Capital**
**2015 Vaughn Road, Suite 500**
**Kennesaw, GA 30144**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 1384

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Centennial Business Products**
**4740 Dues Drive**
**Cincinnati, OH 45246**
**Date(s) debt was incurred** 8/2016
**Last 4 digits of account number** 6313

**As of the petition filing date, the claim is:** *Check all that apply.* **$140.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.8 | **Centennial Business Products**<br>**4740 Dues Drive**<br>**Cincinnati, OH 45246**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **2575** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.9 | **Cintas-370**<br>**P O Box 630921**<br>**Cincinnati, OH 45263**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **1844** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$900.00** |
| 3.10 | **DQ Red Ribbon**<br>**4777 Shady Oak Road**<br>**Minnetonka, MN 55343**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **2968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Supplies**<br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.11 | **Duke Energy**<br>**P O Box 1326**<br>**Charlotte, NC 28201**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **5010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Electric bill**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,500.00** |
| 3.12 | **Duke Energy**<br>**P O Box 1326**<br>**Charlotte, NC 28201**<br>Date(s) debt was incurred **Unkown**<br>Last 4 digits of account number **3019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Electric bill**<br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.13 | **Duke Energy**<br>**P O Box 1326**<br>**Charlotte, NC 28201**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **6010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Electric bill**<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.14 | **Duke Energy**<br>**P O Box 1326**<br>**Charlotte, NC 28201**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **4018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Electric bill**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,700.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if known)
Name

**3.15** **Nonpriority creditor's name and mailing address**
**Fifth Third Bank**
**P O Box 630900**
**Cincinnati, OH 45263**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 1630

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Overdraft charges
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**First Data Global Leasing**
**P O Box 173845**
**Denver, CO 80217**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 9000

**As of the petition filing date, the claim is:** *Check all that apply.* **$115.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**Frontier Communications**
**1398 S. Woodland Boulevard**
**Suite C**
**Deland, FL 32720**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 1735

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone bill
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Indiana American Water Company**
**P O Box 3027**
**Milwaukee, WI 53201**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 4441

**As of the petition filing date, the claim is:** *Check all that apply.* **$175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Water bill
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Jasonville Utilities**
**304 W. Main**
**Jasonville, IN 47438**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 2102

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Water/Sewer bill
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Mainsource Bank**
**210 N. Broad Street**
**Greensburg, IN 47240**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** Unknown

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,654.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Overdraft fee
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**New Wave Communications**
**P O Box 988**
**Sikeston, MO 63801**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 8501

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Cable/Internet/Phone Service
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if known)
Name

**3.22 Nonpriority creditor's name and mailing address**
**New Wave Communications**
**P O Box 988**
**Sikeston, MO 63801**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 3701

**As of the petition filing date, the claim is:** *Check all that apply.* **$175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility provider
Is the claim subject to offset? ■ No ☐ Yes

**3.23 Nonpriority creditor's name and mailing address**
**Prairie Farms Dairy, Inc.**
**217 W. Main Street**
**Olney, IL 62450**
**Date(s) debt was incurred** Various
**Last 4 digits of account number** 4664

**As of the petition filing date, the claim is:** *Check all that apply.* **$370.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Ice cream supplies
Is the claim subject to offset? ■ No ☐ Yes

**3.24 Nonpriority creditor's name and mailing address**
**Republic Services**
**P O Box 9001099**
**Louisville, KY 40290**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 0073

**As of the petition filing date, the claim is:** *Check all that apply.* **$160.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trash service
Is the claim subject to offset? ■ No ☐ Yes

**3.25 Nonpriority creditor's name and mailing address**
**Republic Services #694**
**P O Box 9001099**
**Louisville, KY 40290**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 2564

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trash service
Is the claim subject to offset? ■ No ☐ Yes

**3.26 Nonpriority creditor's name and mailing address**
**Sullivan County Treasurer**
**100 Courthouse Square, Room 201**
**Sullivan, IN 47882**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** Various

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Delinquent real estate and personal property taxes
Is the claim subject to offset? ■ No ☐ Yes

**3.27 Nonpriority creditor's name and mailing address**
**Taylor Distributors of Indiana, Inc.**
**948 Sayre Drive**
**Greenwood, IN 46143**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 3059

**As of the petition filing date, the claim is:** *Check all that apply.* **$85.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Ice cream equipment/supplies
Is the claim subject to offset? ■ No ☐ Yes

**3.28 Nonpriority creditor's name and mailing address**
**The Hartford**
**301 Woods Park Drive**
**Clinton, NY 13323**
**Date(s) debt was incurred** Unknown
**Last 4 digits of account number** 3286

**As of the petition filing date, the claim is:** *Check all that apply.* **$170.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance coverage
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.29 | **The Wasserstrom Company**<br>**477 S. Front Street**<br>**Columbus, OH 43215**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **2194** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Supplies**<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.30 | **Town of Farmersburg**<br>**307 Hopewell Street**<br>**Farmersburg, IN 47850**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number **6949** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Sewer bill**<br>Is the claim subject to offset? ■ No ☐ Yes | **$700.00** |
| 3.31 | **Travelers/Lockton Affinity, LLC**<br>**P O Box 410679**<br>**Kansas City, MO 64141**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **0191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Insurance coverage**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,300.00** |
| 3.32 | **U. S. Foods, Inc.**<br>**9399 W. Higgins Rd**<br>**Suite 500**<br>**Des Plaines, IL 60018**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **4136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Wholesale food supplier**<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| 3.33 | **Veterans of Foreign Wars**<br>**P O Box 42352**<br>**Indianapolis, IN 46242**<br>Date(s) debt was incurred **November 30, 2016**<br>Last 4 digits of account number **2023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Advertising**<br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Coast to Coast Financial Solutions**<br>**101 Hodencamp Road**<br>**Suite 120**<br>**Thousand Oaks, CA 91360** | Line **3.24**<br>☐ Not listed. Explain ____ | **0073** |
| 4.2 | **Coast to Coast Financial Solutions**<br>**101 Hodencamp Road**<br>**Suite 120**<br>**Thousand Oaks, CA 91360** | Line **3.25**<br>☐ Not listed. Explain ____ | **5935** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Complete Payment Recovery Services, Inc.**<br>**3500 5th Street**<br>**Northport, AL 35476** | Line **3.20**<br>☐ Not listed. Explain | **8875** |
| 4.4 | **CST Co.**<br>**P O Box 33127**<br>**Louisville, KY 40232** | Line **3.32**<br>☐ Not listed. Explain | **Unknown** |
| 4.5 | **Premiere Credit of North America, LLC**<br>**P O Box 1022**<br>**Wixom, MI 48393** | Line **2.1**<br>☐ Not listed. Explain | **2287** |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **199,534.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **199,534.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Stan-Far, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | **Unknown** | **First Data Global Leasing**<br>**P O Box 173845**<br>**Denver, CO 80217** |
| | List the contract number of any government contract | **052-0658339-000** | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for credit card machine. Lease to be rejected.** | |
| | State the term remaining | **Unknown** | **Lease Finance Group, LLC**<br>**419 E. Main Street**<br>**Middletown, NY 10940** |
| | List the contract number of any government contract | **1945505** | |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Stan-Far, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **First Farmers Bank & Trust** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.2 | **Don Stanifer, Jr.** | **3885 E. State Rd. 48<br>Shelburn, IN 47879** | **First Vincennes Savings Bank/FRSB** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.3 | **Don Stanifer, Jr.** | **3885 E. St. Rd. 48<br>Shelburn, IN 47879** | **First Vincennes Savings Bank/FRSB** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.4 | **Don Stanifer, Jr.** | **3885 E. State Rd. 48<br>Shelburn, IN 47879** | **Indiana Department of Revenue** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.5 | **Don Stanifer, Jr.** | **3885 E. State Rd. 48<br>Shelburn, IN 47879** | **Indiana Department of Revenue** | ■ D **2.9**<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Don Stanifer, Jr.** | **3885 N. State Road 48<br>Shelburn, IN 47879** | **Indiana Department of Revenue** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.7 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **Indiana Department of Revenue** | ■ D **2.11**<br>☐ E/F<br>☐ G |
| 2.8 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **Indiana Department of Revenue** | ■ D **2.12**<br>☐ E/F<br>☐ G |
| 2.9 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **Internal Revenue Service** | ■ D **2.13**<br>☐ E/F<br>☐ G |
| 2.10 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **First Farmers Bank & Trust** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.11 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **First Farmers Bank & Trust** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.12 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **First Vincennes Savings Bank/FRSB** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.13 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **Indiana Department of Revenue** | ☐ D<br>■ E/F **2.1**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **Internal Revenue Service** | ☐ D<br>■ E/F **2.2**<br>☐ G |
| 2.15 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **Mainsource Bank** | ☐ D<br>■ E/F **3.20**<br>☐ G |
| 2.16 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **Can Capital** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.17 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **American Dairy Queen Corporation** | ☐ D<br>■ E/F **3.2**<br>☐ G |
| 2.18 | **Don Stanifer, Jr.** | **3885 E. State Road 48<br>Shelburn, IN 47879** | **U. S. Foods, Inc.** | ☐ D<br>■ E/F **3.32**<br>☐ G |
| 2.19 | **Sonya Ann Stanifer** | **870 S. Virgil Street<br>Jasonville, IN 47438** | **First Farmers Bank & Trust** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.20 | **Sonya Ann Stanifer** | **870 S. Virgil Street<br>Jasonville, IN 47438** | **First Vincennes Savings Bank/FRSB** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.21 | **Sonya Ann Stanifer** | **870 S. Virgil Street<br>Jasonville, IN 47438** | **First Vincennes Savings Bank/FRSB** | ■ D **2.5**<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **Indiana Department of Revenue** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.23 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **Indiana Department of Revenue** | ■ D **2.9**<br>☐ E/F<br>☐ G |
| 2.24 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **First Farmers Bank & Trust** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.25 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **First Farmers Bank & Trust** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.26 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **First Vincennes Savings Bank/FRSB** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.27 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **Indiana Department of Revenue** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.28 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **Indiana Department of Revenue** | ■ D **2.11**<br>☐ E/F<br>☐ G |
| 2.29 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **Indiana Department of Revenue** | ■ D **2.12**<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **Internal Revenue Service** | ■ D **2.13**<br>☐ E/F<br>☐ G |
| 2.31 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **Indiana Department of Revenue** | ☐ D<br>■ E/F **2.1**<br>☐ G |
| 2.32 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **Internal Revenue Service** | ☐ D<br>■ E/F **2.2**<br>☐ G |
| 2.33 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **Can Capital** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.34 | **Sonya Ann Stanifer** | **870 S. Virgil Street Jasonville, IN 47438** | **U. S. Foods, Inc.** | ☐ D<br>■ E/F **3.32**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Stan-Far, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$900,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **First Farmers Bank & Trust, Individually and as Successor in Interest to The Citizens National Bank of Paris, N.A. v. STAN-FAR, Inc., a/k/a Stan-Far, Inc.; Don Stanifer, Jr.; Sonya A. Stanifer; First Robinson Savings Bank, N.A.; The Internal Revenue Service; The Indiana Department of Revenue; Sullivan County Treasurer; Corporation Service Company as Representative of N. Wasserstrom & Sons; The Wasserstrom Company; U.S. Foods; Aureolin Services; LSI Graphics Solutions; APBZ Industries and Allen**<br>**77C01-0317-MF-000160** | **Mortgage Foreclosure** | **Sullivan, Indiana Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number *(if known)*

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Timothy R. Hayes**<br>**118 N. 3rd Street**<br>**Terre Haute, IN 47807** | | **March 10, 2017** | **$1,835.00** |

**Email or website address**
**tim@timhayeslaw.com**

**Who made the payment, if not debtor?**
**Don Stanifer, Sr. and Donna Stanifer**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Stan-Far, Inc.** Case number *(if known)*

| Address | Dates of occupancy From-To |
| --- | --- |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Brown, Woodsmall & Hinkel, P.C.**<br>**117 W. Washington Street**<br>**Sullivan, IN 47882** | **Services rendered over several years.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Brown, Woodsmall & Hinkel, P.C.**<br>**117 W. Washington Street**<br>**Sullivan, IN 47882** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Can Capital**<br>**2015 Vaughn Road, Suite 500**<br>**Kennesaw, GA 30144** |
| 26d.2. | **Direct Capital, Inc.**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** |
| 26d.3. | **First Farmers Bank & Trust**<br>**123 N. Jefferson**<br>**P O Box 690**<br>**Converse, IN 46919-0690** |
| 26d.4. | **First Vincennes Savings Bank/FRSB**<br>**P O Box 236**<br>**Vincennes, IN 47591** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Don Stanifer, Jr.** | **3885 E. State Road 48**<br>**Shelburn, IN 47879** | **President and sole shareholder of the corporation.** | **100** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 9, 2017**

**/s/ Don Stanifer, Jr.**
Signature of individual signing on behalf of the debtor

**Don Stanifer, Jr.**
Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re **Stan-Far, Inc.** Debtor(s)

Case No.
Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,500.00** |
| Prior to the filing of this statement I have received | $ | **1,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

☐ Debtor ■ Other (specify): **Donna Stanifer (Mother of Don Stanifer, Jr.)**

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 9, 2017**
*Date*

**/s/ Timothy R. Hayes**
**Timothy R. Hayes 13997-84**
*Signature of Attorney*
**Timothy R. Hayes Attorney at Law**
**118 North 3rd Street**
**Terre Haute, IN 47807**
**(812) 234-7500 Fax: 812-917-4334**
**tim@timhayeslaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of Indiana

In re **Stan-Far, Inc.** Case No.

Debtor(s) Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 9, 2017**

**/s/ Don Stanifer, Jr.**
**Don Stanifer, Jr.**/
Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

ADT SECURITY SERVICES
3190 S. VAUGHN WAY
AURORA, CO 80014

AMERICAN DAIRY QUEEN CORPORATION
7505 METRO BOULEVARD
MINNEAPOLIS, MN 55439

BROWN, WOODSMALL & HINKEL, P.C.
117 W. WASHINGTON STREET
SULLIVAN, IN 47882

CAN CAPITAL
2015 VAUGHN ROAD, SUITE 500
KENNESAW, GA 30144

CENTENNIAL BUSINESS PRODUCTS
4740 DUES DRIVE
CINCINNATI, OH 45246

CINTAS-370
P O BOX 630921
CINCINNATI, OH 45263

COAST TO COAST FINANCIAL SOLUTIONS
101 HODENCAMP ROAD
SUITE 120
THOUSAND OAKS, CA 91360

COMPLETE PAYMENT RECOVERY SERVICES, INC.
3500 5TH STREET
NORTHPORT, AL 35476

CST CO.
P O BOX 33127
LOUISVILLE, KY 40232

DIRECT CAPITAL, INC.
155 COMMERCE WAY
PORTSMOUTH, NH 03801

DON STANIFER, JR.
3885 E. STATE ROAD 48
SHELBURN, IN 47879

DQ RED RIBBON
4777 SHADY OAK ROAD
MINNETONKA, MN 55343

DUKE ENERGY
P O BOX 1326
CHARLOTTE, NC 28201

FIFTH THIRD BANK
P O BOX 630900
CINCINNATI, OH 45263

FIRST DATA GLOBAL LEASING
P O BOX 173845
DENVER, CO 80217

FIRST FARMERS BANK & TRUST
123 N. JEFFERSON
P O BOX 690
CONVERSE, IN 46919-0690

FIRST VINCENNES SAVINGS BANK/FRSB
P O BOX 236
VINCENNES, IN 47591

FRONTIER COMMUNICATIONS
1398 S. WOODLAND BOULEVARD
SUITE C
DELAND, FL 32720

INDIANA AMERICAN WATER COMPANY
P O BOX 3027
MILWAUKEE, WI 53201

INDIANA DEPARTMENT OF REVENUE
100 N. SENATE AVENUE, #111
INDIANAPOLIS, IN 46204

INTERNAL REVENUE SERVICE
CENTRAL INSOLVENCY OPERATION
P O BOX 7346
PHILADELPHIA, PA 19101-7346

JASONVILLE UTILITIES
304 W. MAIN
JASONVILLE, IN 47438

LEASE FINANCE GROUP, LLC
419 E. MAIN STREET
MIDDLETOWN, NY 10940

LSI GRAPHICS SOLUTIONS PLUS
9260 PLEASANTWOOD AVENUE NORTHWEST
NORTH CANTON, OH 44720

MAINSOURCE BANK
210 N. BROAD STREET
GREENSBURG, IN 47240

NEW WAVE COMMUNICATIONS
P O BOX 988
SIKESTON, MO 63801

PRAIRIE FARMS DAIRY, INC.
217 W. MAIN STREET
OLNEY, IL 62450

PREMIERE CREDIT OF NORTH AMERICA, LLC
P O BOX 1022
WIXOM, MI 48393

REPUBLIC SERVICES
P O BOX 9001099
LOUISVILLE, KY 40290

REPUBLIC SERVICES #694
P O BOX 9001099
LOUISVILLE, KY 40290

SONYA ANN STANIFER
870 S. VIRGIL STREET
JASONVILLE, IN 47438

SULLIVAN COUNTY TREASURER
100 COURTHOUSE SQUARE, ROOM 201
SULLIVAN, IN 47882

TAYLOR DISTRIBUTORS OF INDIANA, INC.
948 SAYRE DRIVE
GREENWOOD, IN 46143

THE HARTFORD
301 WOODS PARK DRIVE
CLINTON, NY 13323

THE WASSERSTROM COMPANY
477 S. FRONT STREET
COLUMBUS, OH 43215

TOWN OF FARMERSBURG
307 HOPEWELL STREET
FARMERSBURG, IN 47850

TRAVELERS/LOCKTON AFFINITY, LLC
P O BOX 410679
KANSAS CITY, MO 64141

U. S. FOODS, INC.
9399 W. HIGGINS RD
SUITE 500
DES PLAINES, IL 60018

VETERANS OF FOREIGN WARS
P O BOX 42352
INDIANAPOLIS, IN 46242

# United States Bankruptcy Court
## Southern District of Indiana

In re **Stan-Far, Inc.** Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Stan-Far, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 9, 2017**
Date

**/s/ Timothy R. Hayes**
**Timothy R. Hayes 13997-84**
Signature of Attorney or Litigant
Counsel for **Stan-Far, Inc.**

**Timothy R. Hayes Attorney at Law**
**118 North 3rd Street**
**Terre Haute, IN 47807**
**(812) 234-7500 Fax:812-917-4334**
**tim@timhayeslaw.com**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com